UNITED STATES DISTRICT COURT OF
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2006 JAN 26 A 11: 28

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:04-cr-150 |
| v. | ) | |
| | ) | Judge Edgar |
| EDDIE BRITTAIN | ) | |

## ORDER

On the petition of the United States of America by James R. Dedrick, Acting United States Attorney for the Eastern District of Tennessee, it is hereby

ORDERED that the Clerk of this Court be and is hereby instructed to issue a writ of <u>habeas corpus ad testificandum</u> to the Sheriff, Davidson County Jail, Nashville, Tennessee, to have Michael Canady, appear in this Court to testify in the above-styled case at Chattanooga, Tennessee, on January 30th, 2006, at 1:00 p.m., and immediately thereafter to return him to the Sheriff, Davidson County Jail, Nashville, Tennessee, and it is further,

ORDERED that in the event the Sheriff so elects, the United States Marshal for the Eastern District of Tennessee, or any other authorized United States Marshal, or Deputy United States Marshal, is directed to receive said Michael Canady into his custody and transport him from his place of current incarceration to appear before the court for the aforesaid purpose.

ENTER.

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE